1

2

3                    UNITED STATES DISTRICT COURT

4                        DISTRICT OF NEVADA

5    KEVIN ROBINSON,                          Case No. 2:19-cv-02091-KJD-NJK

6                           Plaintiff          **ORDER**

7         v.

8    ROBERT BANNISTER, *et al*.,

9                           Defendants

10

11   **I.    DISCUSSION**

12         On December 11, 2019, this Court ordered Plaintiff to file a fully complete application to

13   proceed *in forma pauperis* or pay the full $400 filing fee for a civil action no later than February

14   10, 2020. Docket No. 3. On January 22, 2020, Plaintiff filed an affidavit stating he had submitted

15   his financial certificate for processing on December 12, 2019 and was waiting for his financial

16   documents from the NDOC. Docket No. 4. Thereafter, on February 5, 2020, Plaintiff filed a

17   motion for an  extension of time to file a fully complete application to proceed *in forma pauperis*

18   because he still had not received his financial certificate from the NDOC. Docket No. 5 at 1. The

19   Court now grants Plaintiff's motion for an extension of time.  Plaintiff shall file a fully complete

20   application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **Friday, March**

21   **13, 2020**.

22   **II.   CONCLUSION**

23         For the foregoing reasons, IT IS ORDERED that the Plaintiff's motion for extension of

24   time, Docket No. 5, is **GRANTED**.

25         IT IS FURTHER ORDERED that, on or before **Friday, March 13, 2020**, Plaintiff shall

26   either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with

27   complete financial attachments, including an inmate account statement for the past six months and

28   a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the

full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: February 6, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE